STATE of Missouri, Respondent,

v.

Caroline KING, Appellant.

No. 63525.

Missouri Court of Appeals,
Eastern District,
Division One.

July 5, 1994.

Susan K. Eckles, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John R. Watson, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant, Caroline King, appeals from judgments of conviction, after a jury trial, for involuntary manslaughter and armed criminal action. She was sentenced to a fine of $2,500.00 and imprisonment for three years.

No jurisprudential purpose would be served by a written opinion. The judgments of conviction are affirmed. Rule 30.25(b).